UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 DEC -9  PM 2:58
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| KIM BERTOLINI-MIER and<br>ROGER MIER,<br>    Plaintiffs,<br><br>        v.<br><br>UPPER VALLEY NEUROLOGY<br>NEUROSURGERY, P.C.,<br>DONALD W. AYRES, M.D., and<br>ALICE PECK DAY MEMORIAL<br>HOSPITAL,<br>    Defendants. | Docket No. 5:16-cv-35 |

## STIPULATED MOTION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION *IN LIMINE* TO LIMIT THE SCOPE OF TESTIMONY FROM DEFENDANTS' EXPERT NEURORADIOLOGIST, DR. GORDON SZE

Defendants hereby move, with Plaintiffs' consent, for an extension of time to respond to Plaintiffs' Motion *in Limine* to Limit the Scope of Testimony from Defendants' Expert Neuroradiologist, Dr. Gordon Sze, from December 18, 2020 to January 6, 2021. The requested extension is necessary due to competing professional obligations of defense counsel as well as the upcoming holidays. Plaintiffs' counsel has kindly consented to this Motion.

Accordingly, Defendants respectfully ask that the aforementioned deadline be extended to January 6, 2021.

The parties have further agreed, subject to the Court's approval, that the time within which Plaintiffs are required to file their reply brief shall also be extended by an additional 19 days.

Dated at Burlington, Vermont, this 9th day of December 2020.

                **UPPER VALLEY NEUROLOGY NEUROSURGERY, P.C. and DONALD W. AYRES, M.D.**

By:   /s/ Ian P. Carleton  
       Ian P. Carleton, Esq.  
       SHEEHEY FURLONG & BEHM P.C.  
       30 Main Street, 6th Floor  
       P.O. Box 66  
       Burlington, VT 05402-0066  
       (802) 864-9891  
       icarleton@sheeheyvt.com

**KIM BERTOLINI-MIER and ROGER MIER**

By:   /s/ Robert B. Hemley  
       Robert B. Hemley, Esq.  
       GRAVEL & SHEA P.C.  
       P.O. Box 369  
       Burlington, VT 05402-0369  
       (802) 658-0220  
       rhemley@gravelshea.com

**SO ORDERED:**

9 December 2020  
Date

Geoffrey W. Crawford, Chief Judge  
U.S. District Court